UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 15-1930
_____

Farrell Cherry

Plaintiff - Appellant

v.

Siemens Healthcare Diagnostics, Inc.

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of South Dakota - Rapid City
(5:13-cv-05057-JLV)
_____

**JUDGMENT**

Before RILEY, Chief Judge, COLLOTON and KELLY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 21, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans