# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-1930

Farrell Cherry

Appellant

v.

Siemens Healthcare Diagnostics, Inc.

Appellee

_____

Appeal from U.S. District Court for the District of South Dakota - Rapid City
(5:13-cv-05057-JLV)

_____

**MANDATE**

In accordance with the opinion and judgment of 07/21/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 16, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit